NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**LAWNDALE RESTORATION LIMITED
PARTNERSHIP, BY AND THROUGH ITS GENERAL
PARTNER, BOULEVARD REALTY SERVICES
CORPORATION,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5043

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-798, Judge Susan G. Braden.

---

## ON MOTION

---

## O R D E R

Lawndale Restoration Limited Partnership moves without opposition for a 45-day extension of time, until July 7, 2011, to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated.

FOR THE COURT

JUN 0 2 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Christine A. Giovannelli, Esq.
     Scott A. MacGriff, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 2 2011

JAN HORBALY
CLERK